## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 08-00711 DOC(CTx)                                      Date: October 30, 2008

Title:  ERIC D. WOMACK v. CRESTLINE FUNDING CORPORATION, COUNTRYWIDE HOME LOANS and DOES 1-10

---

DOCKET ENTRY
   [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                    Date:_____  Deputy Clerk: _____

---

PRESENT:             THE HONORABLE DAVID O. CARTER, JUDGE

    Kristee Hopkins                                   Not Present
    Courtroom Clerk                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:  ATTORNEYS PRESENT FOR DEFENDANTS:

    NONE PRESENT                                      NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE TO FILE AN AMENDED COMPLAINT

   Plaintiff Eric D. Womack sued Defendant Crestline Funding Corporation on June 26, 2008, for violations of the Truth-in-Lending Act and violations of California Business & Professions Code §17200.  Defendant moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6), and this Court granted that motion as unopposed on September 4, 2008, dismissing Plaintiff's complaint without prejudice.  This Court further ordered Plaintiff to file an amended complaint, if any, by September 14, 2008.  Plaintiff has failed to file an amended complaint, and on October 24, 2008, Defendant filed a new motion to dismiss Plaintiff's complaint, pursuant to Fed. R. Civ. P. 41 (b), for failure to amend within the time allowed by the Court.  The hearing date for Defendant's motion is set for December 15, 2008.

   Accordingly, the Court orders Plaintiff to show cause in writing within Seven (7) days of the date of this order why it has failed to file an amended complaint pursuant to this Court's Minute Order of September 4, 2008.  Defendant may submit a response in the same time period.

MINUTES FORM 11 DOC                                        Initials of Deputy Clerk _kh_
CIVIL - GEN                                                Page 1 of 2

Further, the Court orders the Scheduling Conference, presently set November 17, 2008 VACATED.

The Clerk shall serve this minute order on all parties to the action.